**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, | ) | |
| 1030 15th Street NW, B255 | ) | |
| Washington, DC 20005 | ) | |
| | ) | |
| *Plaintiff*, | ) | Civil Action No. 1:26-cv-01486-ACR |
| | ) | Judge Ana C. Reyes |
| v. | ) | |
| | ) | |
| INTERNAL REVENUE SERVICE, | ) | |
| 1111 Constitution Avenue NW | ) | |
| Washington, DC 20224 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| U.S. DEPARTMENT OF THE TREASURY, | ) | |
| 1500 Pennsylvania Avenue NW | ) | |
| Washington, DC 20220 | ) | |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

**INTERNAL REVENUE SERVICE AND**
**DEPARTMENT OF THE TREASURY'S ANSWER TO PLAINTIFF'S COMPLAINT**

Defendants the Internal Revenue Service ("***the Service***") and Department of the Treasury (together with the Service, "***Defendants***") answer the allegations set forth in the Freedom of Information Act ("***FOIA***") complaint of Protect Democracy Project ("***Plaintiff***") as follows. All allegations not specifically admitted are denied. *See* Fed. R. Civ. P. 8(b)(3). The headings contained herein are taken from the complaint.

1.      Paragraph 1 consists of Plaintiff's characterization of this suit to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief it seeks.

**JURISDICTION AND VENUE**

2.      Paragraph 2 consists of conclusions of law regarding jurisdiction, to which no response is required. To the extent a response is required, Defendants admit that this Court has jurisdiction over claims involving proper FOIA requests, subject to the terms, conditions, and limitations of the FOIA. Defendants deny that the Declaratory Judgment Act affords this Court any independent source of jurisdiction and denies that this Court has jurisdiction over this action pursuant to that statute.

3.      Paragraph 3 consists of conclusions of law regarding venue, to which no response is required. To the extent a response is required, Defendants admit the allegations in paragraph 3.

4.      Paragraph 4 consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that Plaintiff is deemed to have exhausted its administrative remedies under the FOIA but denies that Plaintiff is entitled to the relief it seeks.

**PARTIES**

5.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5.

6.      Defendants deny that "IRS has possession, custody, and control of records that Protect Democracy seeks." Defendants admit the remainder of the allegations in paragraph 6.

7.      Defendants lack knowledge or information sufficient to form a belief as to the truth of the allegation that "Treasury has possession, custody, and control of records that Protect Democracy seeks." Defendants admit the remainder of the allegations in paragraph 7.

**STATEMENT OF FACTS**

8.      Admitted.

9.      Admitted.

2

10.    Admitted.

11.    Admitted.

12.    Admitted.

13.    Admitted.

14.    Admitted.

15.    Admitted.

*Exhaustion of Administrative Remedies*

16.    Paragraph 16 consists of a conclusion of law to which no response is required. To the extent a response is required, Defendants admit the allegations in paragraph 16.

**<u>COUNT I</u>**
**Violation of FOIA, 5 U.S.C. § 552**
**Failure to Conduct Adequate Searches for Responsive Records**

17.    Defendants repeat the answers to the foregoing paragraphs and incorporate them as though fully set forth herein.

18.    Paragraph 18 consists of a conclusion of law to which no response is required. To the extent a response is required, Defendants admit that Plaintiff submitted a proper FOIA request but deny any requested records are within the Service's "possession, custody, and control."

19.    Paragraph 19 consists of conclusions of law to which no response is required. To the extent a response is required, Defendants admit that they are agencies subject to FOIA and must generally make reasonable efforts to search for requested records to the extent the FOIA request is proper, and the records sought are not categorically exempt from disclosure pursuant to a FOIA exemption to disclosure.

20.     Paragraph 20 consists of conclusions of law to which no response is required. To the extent a response is required, Defendants deny that the Service failed to promptly and adequately search for agency records responsive to Plaintiff's request.

21.     Paragraph 21 consists of conclusions of law to which no response is required. To the extent a response is required, Defendants deny that the Service failed to conduct an adequate search for responsive records.

22.     Paragraph 22 consists of conclusions of law to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief it seeks.

**<u>COUNT II</u>**
**Violation of FOIA, 5 U.S.C. § 552**
**Wrongful Withholding of Non-Exempt Responsive Records**

23.     Defendants repeat the answers to the foregoing paragraphs and incorporate them as though fully set forth herein.

24.     Defendants admit that Plaintiff submitted a proper FOIA request but deny that any requested records are within the Service's "possession, custody, and control."

25.     Paragraph 25 consists of a legal conclusion to which no response is required. To the extent a response is required, Defendants admit that they are agencies subject to the FOIA and further admit that they must generally release non-exempt records in response to a proper FOIA request to the extent the FOIA request is proper and provide lawful reasons for withholding any materials.

26.     Paragraph 26 consists of a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 26.

27.     Paragraph 27 consists of a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 27.

28.     Paragraph 28 consists of a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations in paragraph 28 and aver that the Service conducted an adequate search for the requested records, using methods reasonably expected to produce the information requested, and that no responsive records were located.

29.     Paragraph 29 consists of a legal conclusion to which no response is required. To the extent a response is required, Defendants deny that Plaintiff is entitled to the relief it seeks.

## FIRST AFFIRMATIVE DEFENSE

Defendant Internal Revenue Service made a good faith effort to search for the requested records, using methods reasonably expected to produce the information requested. No records were located, and there is no further action the agency can take.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is neither eligible for, nor entitled to, an award of attorneys' fees and costs.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to any relief beyond what the FOIA provides.

*[signature page follows]*

Dated: May 29, 2026                     Respectfully submitted,

                                        BRETT A. SHUMATE
                                        Assistant Attorney General

                                        JOSHUA WU
                                        Deputy Assistant Attorney General,
                                        Tax Litigation Branch

                                        */s/ Robert J. Atras*
                                        ROBERT J. ATRAS
                                        Trial Attorney, Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel.: (202) 598-3738
                                        Fax: (202) 514-6866
                                        Robert.J.Atras@usdoj.gov
                                        *Counsel to Defendants*