**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PROTECT DEMOCRACY PROJECT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:26-cv-01486-ACR |
| | ) | Judge Ana C. Reyes |
| INTERNAL REVENUE SERVICE *et al.,* | ) | |
| | ) | |
| *Defendants*. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's June 1, 2026 Minute Order, Plaintiff Protect Democracy Project

and Defendants the Internal Revenue Service ("***the Service***") and Department of the Treasury

(together with the Service, "***Defendants***") respectfully file this Joint Status Report:

1. Plaintiff submitted a Freedom of Information Act ("FOIA") request to the Service

    seeking:

    > All formal or informal final directives, memoranda, instructions, guidance, protocols, or policies created by, issued to, or otherwise provided to the IRS regarding the implementation of President Trump's September 22, 2025 Executive Order, "Designating Antifa as a Domestic Terrorist Organization,"("Antifa EO") and/or National Security Presidential Memorandum 7, "Countering Domestic Terrorism and Organized Political Violence"("NSPM-7").

    (ECF No. 1.)

2. The Service has completed its search for records potentially responsive to Plaintiff's

    FOIA request and has begun the process of reviewing those records for responsiveness

    and applicability of FOIA exemptions to disclosure.

3. At this stage in the review process, the Service is unable to provide an estimate of the

    total number of documents responsive to the request but asserts that it has collected

    approximately one hundred documents of varying page lengths.

4. The Service agrees to process at least 500 pages per month on a rolling basis, with the first production on August 3, 2026, and with an initial estimate that such processing will take two to three months to complete.

5. The parties do not anticipate that a motion for stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976) is likely.

6. Because a briefing schedule would be premature at this point, the parties request to file periodic joint status reports as to the status of the Plaintiff's FOIA request every sixty days.

**WHEREFORE**, the parties respectfully request that the Court order the parties to file periodic status reports every sixty days.

Dated: July 1, 2026                                        Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ Daniel Martinez                                        /s/ Robert J. Atras
DANIEL MARTINEZ (D.C. Bar No. 90025922)    ROBERT J. ATRAS
EMMA LEWIS (D.C. Bar No. 144574)              Trial Attorney, Civil Division
American Oversight, Inc.                              U.S. Department of Justice
1030 15th Street NW, B255                           P.O. Box 227
Washington, D.C. 20005                               Ben Franklin Station
Tel.: (202) 897-2465                                    Washington, D.C. 20044
Tel.: (202) 929-6303                                    Tel.: (202) 598-3738
Danny.Martinez@americanoversight.org        Fax: (202) 514-6866
Emma.Lewis@americanoversight.org             Robert.J.Atras@usdoj.gov
*Counsel for Plaintiff*                                  *Counsel for Defendants*

2