**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-01486-ACR<br><br>Judge Ana C. Reyes |

## JOINT STATUS REPORT

Pursuant to the Court's August 10, 2026 Minute Order, the parties provide the following Joint Status Report to inform the Court as follows:

1. After the parties submitted their initial Joint Status Report, Defendant Internal Revenue Service ("IRS") found additional records potentially responsive to Plaintiff's FOIA request. It has since completed its renewed search for responsive materials.
2. The total number of potentially responsive records are 612 documents which total 1,122 pages of potential responsive materials.
3. Some of the potentially responsive records had equities with other federal agencies. On July 31, 2026, the IRS submitted a small subset of documents to the Department of Justice ("DOJ") for their consultation. On July 31, 2026, the IRS submitted a small subset of documents to the Federal Bureau of Investigation ("FBI") for their consultation. On August 24, 2026, the IRS submitted a small subset of documents to the Department of Treasury ("Treasury") for their consultation.
4. Treasury completed their consultation process on August 28, 2026.
5. DOJ has not yet completed their consolation but expects to do so by mid-September.

6. The FBI has not yet completed their consolation but expects to do so by September 18, 2026.

7. On July 30, 2026, the Internal Revenue Service made its first production of responsive documents. The IRS produced 147 documents totaling 317 pages; 126 documents were partially redacted and 21 documents were withheld in full.

8. On September 1, 2026, the IRS made its second production of responsive documents. The IRS produced 47 documents totaling 95 pages; 2 documents released in full, 41 documents were partially redacted, and 4 documents were withheld in full.

9. The IRS could not complete its production of responsive materials in its September production because it is still waiting on other agencies to complete consultations. The IRS anticipates completing production of responsive materials in its next production due by October 5, 2026.

10. Once productions are completed, the parties will confer regarding the necessity of briefing dispositive motions. If dispositive motions are expected, the parties will confer regarding a proposed briefing schedule. The parties will inform this Court of those discussions via a Joint Status Report, confirming that production of responsive materials is complete.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

Date: September 1, 2026

*[/s/ Adam S. Domitz](/s/ Adam S. Domitz)*

ADAM S. DOMITZ (NY # 6213896)
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel.: (202) 307-2007
Fax: (202) 514-6866
Adam.S.Domitz@usdoj.gov

*Counsel for Defendants*

Date: September 1, 2026

*/s/ Emma Lewis*

EMMA LEWIS (DC # 144574)
ELIZABETH HADDIX
American Oversight
1030 15th St., NW, Suite B255
Washington, DC 20005
Elizabeth.Haddix@americanoversight.org
Emma.Lewis@americanoversight.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

*/s/ Adam S. Domitz*
ADAM S. DOMITZ
Trial Attorney, Civil Division
U.S. Department of Justice