**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| PROTECT DEMOCRACY PROJECT,<br><br>Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE, *et al.*,<br><br>Defendants. | ) | Civil Action No. 1:26-cv-01486-ACR<br><br>Judge Ana C. Reyes |

**JOINT STATUS REPORT**

Pursuant to the Court's August 10, 2026 Minute Order, the parties provide the following Joint Status Report to inform the Court as follows:

1. In the last Joint Status Report, Dkt. No. 13, the parties informed the Court that the IRS had FOIA consultations pending with the Federal Bureau of Investigation ("FBI") and Department of Justice ("DOJ") and expected the final production of responsive documents to occur by October 5, 2026. Due to delayed consultation responses, the IRS was unable to make its final production by October 5.
2. Both the FBI and DOJ have since completed their consultations.
3. On November 2, 2026, the IRS made its third, and final, production of responsive documents. The IRS produced 16 documents totaling 55 pages. Of those, 13 documents (35 pages) were released in part, 1 document (7 pages) was withheld in full, and 2 documents (13 pages) were released in full. As of this production, the IRS completed its production of responsive materials.
4. The parties propose submitting their next Joint Status Report on Friday, December 11. In the coming weeks, the parties plan to exchange information to help Plaintiff assess if it

plans to challenge the search and/or redactions. Plaintiff has asked that Defendants provide a draft search declaration and a draft *Vaughn* index by December 4, 2026. The parties propose that, if dispositive briefing is needed, they will propose a briefing schedule in that filing.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General
Tax Litigation Branch

Date: November 2, 2026

*/s/ Adam S. Domitz*
ADAM S. DOMITZ (NY # 6213896)
Trial Attorney
Tax Litigation Branch
Civil Division, U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Tel.: (202) 307-2007
Fax: (202) 514-6866
Adam.S.Domitz@usdoj.gov

*Counsel for Defendants*

Date: November 2, 2026

*/s/ Emma Lewis*
EMMA LEWIS (DC # 144574)
American Oversight
1030 15th St., NW, Suite B255
Washington, DC 20005
Emma.Lewis@americanoversight.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered to receive it.

*/s/ Adam S. Domitz*
ADAM S. DOMITZ
Trial Attorney, Civil Division
U.S. Department of Justice